FILED

UNITED STATES COURT OF APPEALS

FEB 22 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>VIANNA ROMAN, AKA Female Cousin,<br>AKA Old Girl, AKA Prima, AKA V,<br><br>        Defendant - Appellant. | No. 15-50154<br><br>D.C. No. 2:12-cr-01135-RGK<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:


MOLLY C. DWYER
CLERK OF COURT


By: David J. Vignol
Deputy Clerk


DV/AppComm Direct Criminal